March 5, 2015

Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR -9 2015
elkm

TYLER TEXAS
CATHY S. LUSK, CLERK

    Re: Mandate

Dear Clerk:

    Would you please use the enclosed postage paid envelope and send me a copy of the final mandate issued by the court in the following case?

    Ronald C. Smith v. The State of Texas
    Number: 12-13-00130-CR

    I have never received the Court's mandate in my case.

    Thank you for your kind assistance in this matter and I hope to hear from you soon.


Respectfully,

Ronald Craig Smith
Clements Unit - 1815107
9601 Spur 591
Amarillo, TX 79107-9606